359 A.2d 179

**COMMONWEALTH of Pennsylvania**

**v.**

**Harry Oliver TAYLOR, Appellant (two cases).**

Supreme Court of Pennsylvania.

Submitted March 29, 1976.

Decided July 6, 1976.

Daniel-Paul Alva, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Order affirmed.